Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
Travis Lenkner (*pro hac vice*)
  tdl@kellerlenkner.com
Marquel Reddish (*pro hac vice*)
  mpr@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND MCKAY, | Case No. 3:19-cv-04289-MMC |
|     *Plaintiff,* | **DECLARATION OF ASHLEY KELLER** |
| vs. | **Date:** September 13, 2019<br>**Time:** 9:00 a.m. |
| DOORDASH, INC., | |
|     *Defendant.* | |

# DECLARATION OF ASHLEY KELLER

I, Ashley Keller, declare:

1. I have personal knowledge of these facts and would testify to them.

2. I am over 18 years of age.

3. I am a partner at Keller Lenkner LLC, counsel representing Plaintiff Raymond Mckay in this case.

4. Attached to this declaration are true and correct copies of the following documents, identified by their exhibit letter.

| Ex. No. | Description |
|---|---|
| A | DoorDash logo and tagline: "DoorDash delightful delivery" |
| B | January 14, 2019 DoorDash blog post titled "The incredible, edible 'Delicious at Your Door' is here," *available at* https://blog.doordash.com/the-incredible-edible-delicious-at-your-door-is-here-edfd1cb18527 (last accessed on July 23, 2019) |
| C | June 24, 2016 DoorDash blog post titled "How DoorDash Works," *available at* https://blog.doordash.com/how-doordash-works-fbddba311590 (last accessed on July 3, 2019) |
| D | "When Do Dashers Get Paid?" page of DoorDash website, *available at* https://help.doordash.com/dashers/s/article/When-do-Dashers-get-paid?language=en_US (last accessed on July 26, 2019) |
| E | February 21, 2019 DoorDash blog post titled "Accelerating our Unprecedented Growth," *available at* https://blog.doordash.com/accelerating-our-unprecedented-growth-e5c9eb343ce8 (last accessed on July 3, 2019) |
| F | January 9, 2019 Vox article titled "Full Q&A: DoorDash CEO Tony Xu and COO Christopher Payne on Recode Decode," *available at* https://www.vox.com/2019/1/9/18174556/doordash-tony-xu-christopher-payne-food-delivery-shopping-recode-decode-kara-swisher-podcast (last accessed on July 3, 2019) |

| Ex. No. | Description |
|---|---|
| G | January 16, 2019 DoorDash blog post titled "Now Dashing in All 50 States," *available at* https://blog.doordash.com/now-dashing-in-all-50-states-f4292ddd6ce0 (last accessed on July 3, 2019) |
| H | Apple App Store Preview page for the DoorDash App, *available at* https://apps.apple.com/us/app/doordash-order-food-delivery/id719972451 (last accessed on July 3, 2019) |
| I | Google App Store Preview page for the DoorDash App, *available at* https://play.google.com/store/apps/details?id=com.dd.doordash&hl=en_US (last accessed on July 3, 2019) |
| J | May 23, 2019 DoorDash blog post titled "Fueling the Last Mile," *available at* https://blog.doordash.com/fueling-the-last-mile-3ae0a6b45ea0 (last accessed on July 3, 2019) |
| K | August 8, 2018 DoorDash blog post titled "Introducing Unlimited $0 Delivery with DashPass Subscription," *available at* https://blog.doordash.com/introducing-unlimited-free-delivery-with-dashpass-subscription-2dbde0e7210 (last accessed on July 3, 2019) |
| L | January 17, 2018 DoorDash blog post titled "Delivery Good: It's a Movement," *available at* https://blog.doordash.com/delivering-good-its-a-movement-16b5f7094c61 (last accessed on July 3, 2019) |
| M | Various iterations of DoorDash's website splash page, *available at* https://www.doordash.com (last accessed on July 3, 2019) |
| N | August 5, 2018 Bloomberg article titled "Gig Firms Ask California to Rescue Them From Court Ruling," *available at* https://www.bloomberg.com/news/articles/2018-08-05/gig-firms-ask-california-dems-to-rescue-them-from-court-ruling (last accessed on July 3, 2019) |
| O | October 4, 2013 Medium article titled "The DoorDash Story," *available at* https://medium.com/@DoorDash/the-doordash-story-b370c2bb1e5f (last accessed on July 25, 2019) |

| Ex. No. | Description |
|---|---|
| P | "About Us" page of DoorDash website on February 21, 2016, accessed via the Wayback Machine, *available at* https://web.archive.org/web/20160221000808/https:/www.doordash.com/about/ (last accessed on July 25, 2019) |

I affirm that the foregoing is true under penalty of perjury under the laws of the United States.

Signed on August 7, 2019 in Chicago, Illinois

/s/ Ashley Keller
Ashley Keller

**CERTIFICATE OF SERVICE**

I certify that I shall cause the foregoing document to be served by courier on DoorDash, Inc. at its registered agent for service of process, Registered Agent Solutions, Inc., 1220 S Street, Suite 150, Sacramento, CA 95811.

Dated: August 7, 2019                               /s/ Ashley Keller