GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:   415.393.8306

THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendant DOORDASH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND MCKAY,<br><br>            Plaintiff,<br><br>     v.<br><br>DOORDASH, INC.,<br><br>            Defendant. | CASE NO. 3:19-cv-04289-MMC<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO RESCHEDULE DEADLINES FOR MEET AND CONFER RE: INITIAL DISCLOSURES AND RULE 26(f) REPORT<br><br>Action Filed:  July 26, 2019<br><br>Hearing Date: October 25, 2019<br>Hearing Time: 9:00 a.m.<br>Hearing Place: Courtroom 7 – 19th Floor<br>Hon. Maxine M. Chesney |

On October 1, 2019, Plaintiff Raymond McKay and Defendant DoorDash, Inc. filed a Joint Stipulation pursuant to Civil L.R. 7-12 to reschedule the deadlines for the parties to meet and confer regarding initial disclosures and to file their Rule 26(f) report until after the Court rules on Defendant's Motion to Compel Arbitration and Stay Proceedings. The Court hereby GRANTS the parties' Joint Stipulation, as rescheduling the deadlines will promote efficiency and judicial economy.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the deadlines for the parties to meet and confer regarding initial disclosures and to file their Rule 26(f) report are VACATED, and will be rescheduled, as necessary, ~~rescheduled to a later date to be determined~~ after the Court enters a ruling on Defendant's Motion to Compel Arbitration and Stay Proceedings.

**IT IS SO ORDERED.**

DATE: October 4, 2019

Hon. Maxine M. Chesney
United States District Judge