IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MCKAY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DOORDASH, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-04289-MMC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION; STAYING ACTION**<br><br>Re: Dkt. No. 26 |

　　　　Before the Court is defendant DoorDash, Inc.'s Motion to Compel Arbitration, filed August 12, 2019. The motion has been fully briefed. The matter came on regularly for hearing on October 25, 2019. Joshua Lipshutz of Gibson, Dunn & Crutcher LLP appeared on behalf of defendant. Ashley Keller and Sean Duddy of Keller Lenkner LLC appeared on behalf of plaintiff. The Court having considered the parties' respective submissions and the arguments of counsel at the hearing, the Motion to Compel Arbitration is, for the reasons stated on the record at the hearing, hereby GRANTED, and the above-titled action is STAYED pending arbitration.

　　　　**IT IS SO ORDERED.**

Dated: October 25, 2019

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge